# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155152(77)

*In re* HILL, Minors.

SC: 155152
COA: 332923
Alger CC Family Division:
2013-004455-NA

_____/

On order of the Chief Justice, the motions of amicus curiae Children's Law Section of the State Bar of Michigan for immediate consideration and to participate in oral arguments on behalf of the minor children are GRANTED. Counsel for the Children's Law Section shall be allowed five minutes of oral argument after the argument of petitioner-appellee and before the rebuttal argument, if any, of respondent-appellant.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2017



Clerk